Jenny A. Covington SBN 233625
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1600 Utica Avenue South, Suite 600
Minneapolis, MN 55416
Telephone:   (612) 464-7626
Facsimile:   (612) 255-7499
Email: jenny.covington@nelsonmullins.com

Jennifer T. Persky SBN 274804
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone:   (424) 221-7400
Facsimile:   (424) 221-7499
Email: jennifer.persky@nelsonmullins.com

Attorneys for Defendants
THE COOPER COMPANIES, INC.
and COOPERSURGICAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEARSTEN WALDEN and ZACHARY WALDEN, <br><br> Plaintiffs, <br><br> v. <br><br> COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 3:24-CV-00903-JD <br><br> Assigned to: Judge James Donato <br><br> **DECLARATION OF JENNY A. COVINGTON IN SUPPORT OF DEFENDANT THE COOPER COMPANIES, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** <br><br> Hearing Date and Time: June 6, 2024 – 10:00 a.m. <br> Courtroom 11 – 19th Floor <br> Complaint Filed:   February 15, 2024 |

I, Jenny Covington, declare as follows:

1. I am an attorney in good standing, licensed to practice before all the Courts in the State of California. I am a Partner at the law firm of Nelson Mullins Riley & Scarborough, attorneys of record for

1

DECLARATION OF JENNY A. COVINGTON IN SUPPORT OF DEFENDANT
THE COOPER COMPANIES, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

1  The Cooper Companies, Inc. I have personal knowledge of the statements made in this declaration and if
2  called upon I could and would competently testify thereto.
3      2.    Attached as **Exhibit A** is a true and correct copy of the December 5, 2023 CooperSurgical
4  Recall Notice available at https://www.lieffcabraser.com/pdf/Cooper_Recall_Notice.pdf (last accessed
5  April 1, 2024).
6      I declare under penalty of perjury under the laws of the State of California that the foregoing is
7  true and correct.
8      Executed on this 1st day of April, 2024 in the County of Hennepin, State of Minnesota.



2
DECLARATION OF JENNY A. COVINGTON IN SUPPORT OF DEFENDANT
THE COOPER COMPANIES, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2024, I electronically filed the foregoing document entitled ***DECLARATION OF JENNY A. COVINGTON IN SUPPORT OF DEFENDANT THE COOPER COMPANIES, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT*** with the Clerk of Court using the CM/ECF System, which will send a notice of electronic filing to all Counsel of record in this action.

*/s/ Jenny A. Covington*
Jenny A. Covington

4861-3487-3010