[Submitting counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.F., an individual; and G.H., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:24-CV-00643-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: MOTION TO DISMISS BRIEFING IN RELATED CASES**<br><br>Assigned to: Judge Jon S. Tigar<br>Complaint Filed: February 6, 2024 |
| Q.R., an individual; and S.T., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 24-cv-00689 |

| | |
|---|---|
| I.J., an individual; K.L., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 24-cv-00693 |
| M.N., an individual; O.P., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 24-cv-00696 |
| KEARSTEN WALDEN AND ZACHARY WALDEN,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00903 |

| | | |
|---|---|---|
| A.B., an individual; C.D., an individual<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:24-cv-01061 | |
| J.B., an individual; M.B., an individual<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:24-cv-01085 | |
| CLF 001, an individual; CLF 002, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 24-cv-01192 | |

| | |
|---|---|
| CLF 003, an individual; CLF 004, an individual<br><br>        Plaintiffs,<br><br>   v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 24-cv-01193 |
| CLF 005, an individual; CLF 006, an individual,<br><br>        Plaintiffs,<br><br>   v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 24-cv-01194 |
| F.G., an individual; H.I., an individual, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 4:24-cv-01261 |

| | | |
|---|---|---|
| J.S., an individual; A.S., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:24-cv-01353 | |
| J.K., an individual; L.M., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:24-cv-01680 | |
| JAMIE WOODS AND LEE WOODS,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:24-cv-1745 | |
| R.S., an individual,<br><br>Plaintiff,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:24-cv-02031 | |

| | |
|---|---|
| N.O., an individual, and P.Q., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:24-cv-02042 |
| BROOKE OXENDINE, an individual, and MICHAEL OXENDINE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-02168 |
| A.A., an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE COOPER COMPANIES, INC.; COOPERSURGICAL, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:24-cv-02582-JST |

Plaintiffs in the above-captioned related cases ("Plaintiffs") and Defendants CooperSurgical Inc. and The Cooper Companies, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record and subject to the Court's approval, submit this Stipulation and Proposed Order. Pusuant to the Court's guidance that an efficient use of judicial and party resources would be to brief threshold issues of personal jurisdiction and venue prior to other issues, the Parties stipulate as follows:

WHEREAS, Defendants have filed motions to dismiss in six of the related cases;

WHEREAS, issues related to personal jurisdiction and venue are threshold issues common to all the related cases;

WHEREAS, at the Case Management Conference on May 6, 2024, the Court directed the parties to address issues of personal jurisdiction and venue first by selecting one of the six cases where a motion to dismiss is pending and filing a limited opposition and limited reply addressing only those issues;

WHEREAS, subject to Court approval, the Parties agree that:

1. Plaintiffs will respond, as follows, to arguments raised in the motions to dismiss filed in the matter styled *Kearsten Walden and Zachary Walden v. CooperSurgical, Inc. et al.*, Case No. 4:24-cv-00903-JST:
    a. On the motion to dismiss on behalf of The Cooper Companies, Inc., (4:24-cv-00903-JST, Dkt. 16):
        i. Failure to state a claim against The Cooper Companies, Inc. as a direct actor, including improper group pleading, to the extent they implicate personal jurisdiction and venue; and
        ii. Failure to state a claim against The Cooper Companies, Inc., as a parent corporation of CooperSurgical, Inc., to the extent they implicate personal jurisdiction and venue.
    b. On the motion to dismiss on behalf of CooperSurgical, Inc. (4:24-cv-00903-JST, Dkt. 17)
        i. Personal jurisdiction;
        ii. Venue; and
        iii. Rule 8 pleading issues to the extent they implicate personal jurisdiction and venue.
2. The briefing schedule for the limited opposition and limited reply will be as follows:
    a. Plaintiffs' opposition due May 28, 2024;
    b. Defendants' reply due June 4, 2024; and

      c. Hearing **July 3, 2024 at 2 p.m**.

      d. **The June 26, 2024 Case Management Conference is moved to July 17, 2024 at 1:30 p.m.**

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 8, 2024

| | |
|---|---|
| /s/ *Tracey B. Cowan* | /s/ *Sarah R. London* |
| Tracey B. Cowan | Sarah Robin London |
| **CLARKSON LAW FIRM, P.C.** | Tiseme Gabriella Zegeye |
| 95 3rd St., 2nd Floor | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| San Francisco, CA 94103 | |
| Telephone: (213) 788-4050 | |
| Facsimile: (213) 788-4070 | 275 Battery Street, 29th Floor |
| Email: tcowan@clarksonlawfirm.com | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| Ryan J. Clarkson | Facsimile: (415) 956-1008 |
| Shireen M. Clarkson | Email: tzegeye@lchb.com |
| Olivia Eve Davis | Email: slondon@lchb.com |
| **CLARKSON LAW FIRM, P.C.** | |
| 22525 Pacific Coast Highway | Hannah R. Lazarz (*pro hac vice forthcoming*) |
| Malibu, CA 90265 | |
| Telephone: (213) 788-4050 | hlazarz@lchb.com |
| Facsimile: (213) 788-4070 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| Email: rclarkson@clarksonlawfirm.com | |
| Email: sclarkson@clarksonlawfirm.com | |
| Email: odavis@clarksonlawfirm.com | 222 2nd Avenue South, St 1640 |
| | Nashville, TN 37201-2379 |
| *Attorneys for Plaintiffs E.F. and G.H.; Q.R. and S.T.; I.J. and K.L.; M.N. and O.P.; CLF 001 and CLF 002; CLF 003 and CLF 004; CLF 005 and CLF 006* | Telephone: 615.313.9000 |
| | Facsimile: 615.313.9965 |
| | *Attorneys for Plaintiffs Kearsten Walden and Zachary Walden; Jamie Woods and Lee Woods; Brooke Oxendine and Michael Oxendine; and A.A.* |

| | | |
|---|---|---|
| 1 | /s/ Dena C. Sharp | /s/ Adam B. Wolf |

 /s/ Dena C. Sharp
Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dsharp@girardsharp.com
Email: apolk@girardsharp.com
Email: ngliozzo@girardsharp.com

*Counsel for Plaintiffs F.G. and H.I. and the Proposed Class; A.B. and C.D.; J.K. and L.M.; N.O. and P.Q.; R.S.*

 /s/ Joseph M. Lyon
Joseph M Lyon
**THE LYON FIRM**
9210 Irvine Center Drive
Irvine, CA 92618
Telephone: 513-381-2333
Facsimile: 513-766-9011
Email: jlyon@thelyonfirm.com

*Attorneys for Plaintiffs J.S. and A.S.*

 /s/ Adam B. Wolf
Adam Brett Wolf
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 766-3545
Email: awolf@peifferwolf.com

Melisa Rosadini-Knott
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
3435 Wilshire Blvd., Suite 1400
Los Angeles, CA 90010
Telephone: 323-982-4109
Email: mrosadini@peifferwolf.com

Corey Morgenstern
Michael A. Rose
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
Telephone: 212-779-0057
Email: csmorgenstern21@gmail.com
Email: info@hachroselaw.com

*Attorneys for Plaintiffs J.B. and M.B.; M.N. and O.P.*

| | |
|---|---|
| 1 |    */s/ Jenny A. Covington* |
| 2 | Jenny A. Covington |
| | **NELSON MULLINS RILEY &** |
| 3 | **SCARBOROUGH LLP** |
| | 1600 Utica Avenue South, Suite 600 |
| 4 | Minneapolis, MN 55416 |
| | Telephone: (612) 464-7626 |
| 5 | Facsimile: (612) 255-0739 |
| | Email: |
| 6 | jenny.covington@nelsonmullins.com |
| 7 | |
| | Carolyn Taylor |
| 8 | Roger Gallic Perkins |
| | **Clark Hill, LLP** |
| 9 | One American Plaza |
| | 600 West Broadway, Suite 500 |
| 10 | San Diego, CA 92101 |
| | Telephone: (619) 557-0404 |
| 11 | Facsimile: (619) 557-0460 |
| | Email: ctaylor@clarkhill.com |
| 12 | Email: rperkins@clarkhill.com |
| 13 | |
| | Elizabeth Ann Evans |
| 14 | David M. Perl |
| | **Clark Hill, LLP** |
| 15 | 555 South Flower Street, 24th Floor |
| | Los Angeles, CA 90071 |
| 16 | Telephone: 213-891-9100 |
| | Email: eevans@clarkhill.com |
| 17 | Email: dperl@clarkhill.com |
| 18 | |
| | *Counsel for Defendants, CooperSurgical,* |
| 19 | *Inc. and The Cooper Companies, Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 10, 2024

                                   Hon. Jon S. Tigar
                                   United States District Court Judge

**ATTESTATION OF FILER**

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 8, 2024

                                            */s/ Dena C. Sharp*
                                            Dena C. Sharp

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: May 8, 2024                                             */s/ Dena C. Sharp*

                                                               Dena C. Sharp